CORA WARD, Respondent, *v.* ROYAL LEE, Appellant.

JAMES A. WARD, Respondent, *v.* ROYAL LEE, Appellant.

DUDLEY WARD, an Infant, by JAMES A. WARD, His Guardian ad Litem, Respondent, *v.* ROYAL LEE, Appellant.

(Argued May 12, 1931; decided May 22, 1931.)

*Eric P. Smith* for appellant.

*Charles S. Wilcox* for respondents.

Orders affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.